IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRUCE PORCELL, an individual, and all
others similarly situated,

        Plaintiff,

   vs.                                  CASE NO. CIV-08-0617 MCA/LFG

LINCOLN WOOD PRODUCTS, INC. and
DOES 1 through 10 inclusive,

        Defendant.

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Bruce Porcell, by and through his attorneys, Karen S. Mendenhall and Strange & Carpenter (Brian Strange/Gretchen Carpenter/Tamina Madsen), and Defendant, Lincoln Wood Products, Inc., by and through its counsel, Moses, Dunn, Farmer & Tuthill, P.C. (Terry D. Farmer) and Foley & Lardner LLP (Gordon Davenport III/Michael D. Leffel/Theresa A. Andre/Matthew R. Lynch), pursuant to F.R.Civ.P. 41(a) and D.N.M. LR-Civ. 7.2, hereby stipulate to and request an order of this Court dismissing with prejudice all claims that were, or could have been, raised by Mr. Porcell in *Plaintiff's First Amended Complaint for (1) Breach of Express Warranty and (2) Unfair and Deceptive Business Practices* and requiring each party bear its own costs and fees.

Dated this  17  day of _____September_____, 2010.

Respectfully submitted,

**Strange & Carpenter**

By: ___/s/ Brian R. Strange_____
      Brian Strange
      Gretchen Carpenter
      Tamina Madsen
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA  90025
Email: lacounsel@earthlink.net
       gcarpenter@strangeandcarpenter.com
       tmadsen@strangeandcarpenter.com
*Attorneys for Plaintiff*

And

Karen S. Mendenhall
Eaves & Mendenhall, P.A.
6565 Americas Pkwy, NE
Suite 200
Albuquerque, NM 87110
Email: kmendenhall@eb-b.com
*Attorneys for Plaintiff*

And

**Foley & Lardner LLP**

By: ___/s/ Michael D. Leffel_____
      Gordon Davenport III
      Michael D. Leffel
      Theresa A. Andre
      Matthew R. Lynch
Post Office Box 1497
Madison, WI 53701-1497
Email: gdavenport@foley.com
       mleffel@foley.com
       tandre@foley.com
       mlynch@foley.com
*Attorneys for Defendant*

And

EXHIBIT A

Terry D. Farmer
Moses, Dunn, Farmer & Tuthill, P.C.
P.O. Box 27047
Albuquerque, NM   87125-7047
Email: terry@moseslaw.com
*Attorneys for Defendant*

EXHIBIT A

MADI_2362304

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRUCE PORCELL, an individual, and all
others similarly situated,

            Plaintiff,

    vs.                                                     CASE NO. CIV-08-0617 MCA/LFG

LINCOLN WOOD PRODUCTS, INC. and
DOES 1 through 10 inclusive,

            Defendant.

**ORDER OF DISMISSAL WITH PREJUDICE**

      **THIS MATTER** having come before the Court on the Stipulated Motion For Dismissal with prejudice filed herein, and the Court having been fully advised in the premises, finds that the Motion is well taken and should be granted.

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that all claims that were, or could have been, raised by Mr. Porcell in the *Plaintiff's First Amended Complaint for (1) Breach of Express Warranty and (2) Unfair and Deceptive Business Practices* shall be and hereby are dismissed with prejudice. Each party shall bear its own costs and fees.

      Dated this ___ day of _____, 2010.

                                      _____
                                      M. CHRISTINA ARMIJO
                                      U.S. DISTRICT COURT JUDGE

Submitted and Approved by:

**Strange & Carpenter**

By: ___/s/ Gretchen Carpenter_____
    Brian Strange
    Gretchen Carpenter
    Tamina Madsen
12100 Wilshire Boulevard, Suite 1900
Los Angeles, CA  90025
Email: lacounsel@earthlink.net
      gcarpenter@strangeandcarpenter.com
      tmadsen@strangeandcarpenter.com
*Attorneys for Plaintiff*

And

Karen S. Mendenhall
Eaves & Mendenhall, P.A.
6565 Americas Pkwy, NE
Suite 200
Albuquerque, NM 87110
Email: kmendenhall@eb-b.com
*Attorneys for Plaintiff*

And

**Foley & Lardner LLP**

By: ___/s/ Michael D. Leffel_____
    Gordon Davenport III
    Michael D. Leffel
    Theresa A. Andre
    Matthew R. Lynch
Post Office Box 1497
Madison, WI 53701-1497
Email: gdavenport@foley.com
      mleffel@foley.com
      tandre@foley.com
      mlynch@foley.com
*Attorneys for Defendant*

And

Terry D. Farmer
Moses, Dunn, Farmer & Tuthill, P.C.
P.O. Box 27047
Albuquerque, NM   87125-7047
Email: terry@moseslaw.com
*Attorneys for Defendant*

MADI_2362304

## CERTIFICATE OF SERVICE

      I hereby certify that on September 17, 2010, I presented the foregoing to the Clerk of the Court for filing and uploading to the ECF system, which will send notification of such filing to the following parties or counsel as follows:

Gordon Davenport, III
gdavenport@foley.com
Matthew R. Lynch
mlynch@foley.com
Michael D. Leffel
mleffel@foley.com
Theresa A. Andre
tandre@foley.com
FOLEY AND LARDNER
Verex Plaza
150 East Gilman Street
Madison, WI 53703-1481
Tel:  (608) 257-5035

Terry Farmer
terry@moseslaw.com
Moses, Dunn, Farmer & Tuthill
PO Box 27047
Albuquerque, NM 87125-7047
Tel:  (505) 843-9440

Attorneys for Defendant Lincoln Wood Products, Inc.

Karen S. Mendenhall
kmendenhall@eb-b.com
Eaves & Mendenhall, P.A.
6565 Americas Parkway, N.E., Suite 200
Albuquerque, New Mexico 87110
Tel:  (505) 888-4300

Attorneys for Plaintiff Bruce Porcell

      By: /s/ Brian R. Strange
      Brian R. Strange (Cal. Bar. No. 103252)
      STRANGE & CARPENTER
      12100 Wilshire Blvd., Suite 1900
      Los Angeles, CA 90025
      Tel:  (310) 207-5055
      Fax:  (310) 826-3210

      Attorneys for Plaintiff